

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00595-CR

Christopher M. **HARBER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court and RENDER a JUDGMENT OF ACQUITTAL.

SIGNED August 7, 2019.

Luz Elena D. Chapa, Justice